# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| PATRICK A. IVEY and <br> STARLA IVEY, <br>     Plaintiffs, <br><br> v. <br><br> BOARD OF REGENTS OF THE <br> UNIVERSITY SYSTEM OF <br> GEORGIA; GEORGIA SOUTHERN <br> UNIVERSITY; THE GEORGIA <br> DEPARTMENT OF DEFENSE; <br> AND THE GEORGIA ARMY <br> NATIONAL GUARD, <br><br>     Defendants. | CIVIL ACTION NO. 6:19-cv-110 |

## ORDER REQUIRING UNITED STATES MARSHALS SERVICE TO SERVE CIVIL PLEADINGS

Having read and considered Plaintiffs' motion for an order requiring the United States Marshals Service to serve civil pleadings, it is hereby ORDERED that said motion is **GRANTED**. This Court **DIRECTS** the United States Marshals Service to serve a copy of the Complaint and an original summons in this case on Defendant Georgia Army National Guard by personally serving Commander BG Randall Simmons located at 1000 Halsey Avenue, Marietta, Cobb County, Georgia 30060, pursuant to Fed. R. Civ. P. 4(c)(3). It is further ordered that the Plaintiffs complete Form USM-285 and take all necessary steps, including prepayment of fees and expenses, to facilitate service of process on the Defendant Georgia Army National Guard by the United States Marshals Service by

delivering the same, along with a copy of the Court's Order, to the United States Marshal for the Southern District of Georgia.

SO ORDERED this 18th day of December, 2019.

/s/ Christopher L. Ray
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia