# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| PATRICK A. IVEY and STARLA IVEY, | |
| Plaintiffs, | CIVIL ACTION NO.: 6:19-cv-110 |
| v. | |
| BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA; GEORGIA SOUTHERN UNIVERSITY; THE GEORGIA DEPARTMENT OF DEFENSE; and THE GEORGIA ARMY NATIONAL GUARD, | |
| Defendants. | |

## O R D E R

Presently before the Court is the Plaintiff's January 3, 2020 Notice of Voluntary Dismissal. (Docs. 12.) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court hereby **DISMISSES** this case. The Clerk shall **TERMINATE** all motions and deadlines and **CLOSE** this case.

**SO ORDERED**, this 17th day of January, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA